THE STATE EX REL. JACOB, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Jacob v. Indus. Comm.* (1998), 82 Ohio St.3d 507.]

(No. 96–681.—Submitted June 24, 1998—Decided August 5, 1998.)

---

*Weiner, Suit & Coury* and *Paul W. Newendorp,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Miltina A. Gavia,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., dissents.

---

ALICE ROBIE RESNICK, **J., dissenting.** I would reverse the judgment of the court of appeals.